**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-03173-SKC-SBP

M. M.,

Petitioner,

v.

JUAN BALTAZAR, in his official capacity as warden of the Aurora Contract Detention Facility;
GEORGE VALDEZ, in his official capacity as Acting Field Office Director, Denver, U.S. Immigration and Customs Enforcement; and
MARKWAYNE MULLIN, in his official capacity as the Secretary of the U.S. Department of Homeland Security;
DAVID J. VENTURELLA, in his official capacity as Senior Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement; and
TODD BLANCHE, in his official capacity as acting Attorney General of the Executive Office for Immigration Review;

Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Orders (ECF Nos. 15 and 17) entered by U.S. District Judge S. Kato Crews, it is

ORDERED that judgment is entered in favor of Petitioner and against Respondents. It is

FURTHER ORDERED that this case is closed.

DATED: August 3, 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By: s/C. Pearson, Deputy Clerk